UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARGARET BIELIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPUY ORTHOPAEDICS, INC., )<br>DEPUY, INC., )<br>DEPUY INTERNATIONAL LIMITED, )<br>JOHNSON & JOHNSON, JOHNSON & )<br>JOHNSON SERVICES, INC., and )<br>JOHNSON & JOHNSON )<br>INTERNATIONAL, )<br>)<br>Defendants. ) | Civil Action No. 3:13-cv-30021 |

CONSENT ORDER TO STAY PROCEEDINGS PENDING TRANSFER AND
DOCKETING TO MDL 2197: -- *IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION*

**THIS MATTER** having been opened to the Court upon the request of Defendants

DePuy Orthopaedics, Inc., DePuy, Inc., DePuy International Limited, Johnson & Johnson,

Johnson & Johnson Services, Inc., and Johnson & Johnson International (collectively,

"Defendants") to stay the proceedings in this action and for an extension of time to file

responsive pleadings; plaintiff having consented to said requests as demonstrated by counsel's

signature hereon; the Court finding that a stay is appropriate under the circumstances; and good

cause thereby appearing,

**IT IS** on this ___5th___ day of ___February___, 2013,

**ORDERED** that the application for a stay is **GRANTED**.

It is further **ORDERED** that Defendants may move or otherwise plead to Plaintiff's

Complaint within 21 days after this case is docketed to MDL 2197 and that all proceedings in

this action, including but not limited to any case management deadlines and any Rule 26

disclosure obligations, are hereby **STAYED** pending transfer and docketing of this case to MDL-

2197 titled *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability.* All pending

dates and deadlines are hereby **VACATED**.

BY THE COURT:

We hereby consent to the
entry of the above Order


/s/ James M. Manitsas
James M. Manitsas, Esq. (BBO# 561726)
Murphy & Manitsas, LLP
20 Maple Street, 3rd Floor
Springfield, MA 01102
(413) 733-4402
*Attorney for Plaintiff*


OF COUNSEL for Defendant:
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, NJ 07932
Tel: (973) 360-1100
Fax: (973) 360-9831
E-mail:Susan.Sharko@dbr.com

Robert C. Tucker
S. Peter Voudouris
Kristen L. Mayer
TUCKER ELLIS & WEST LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 44115-1414
Tel: (216) 592-5000
Fax: (216) 592-5009
E-mail:Robert. Tucker@tuckerellis.com
        Peter.Voudouris@tuckerellis.com
        Kristen.mayer@tuckerellis.com


/s/ Katy A. O'Leary
David L. Ferrera, Esq. (BBO #631183)
Katy A. O'Leary, Esq. (BBO #676036)
Nutter McClennen & Fish, LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210
(617) 439-2000
*Attorneys for Defendants*